# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JOHN SELLERS,

    Petitioner,

    v.                     Civil Action No. 17-10853-IT

J. GRONDOLSKY,

    Respondent.

## ORDER

June 19, 2017

**TALWANI, D.J.**

On May 11, 2017, the Clerk received for filing a petition for a writ of habeas corpus in which John Sellers is identified as the petitioner [#1].[1] In an order dated May 22, 2017 [#6], the Court directed Sellers to pay the $5.00 filing fee or file a renewed motion for leave to proceed *in forma pauperis*. The Court warned Sellers that failure to do so within 21 days could result in dismissal of the action.

The time for complying with the Court's order has expired and Sellers has not paid the fee or filed a motion for leave to proceed *in forma pauperis*.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

**SO ORDERED.**

                                          /s/ Indira Talwani
                                          Indira Talwani
                                          United States District Judge

---

[1] The petition was not signed by John Sellers. According to the petition, Andre Levesque authored the petition and filed it on Sellers's behalf. Both Sellers and Levesque are confined at FMC Devens.